UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT


No.  03-3802

The Recording Industry Association *
of America,                         *
                                    *
        Appellee,                   *   Order Denying Petition for
                                    *   Rehearing and for Rehearing
   v.                               *   En Banc
                                    *
Charter Communications, Inc.,       *
                                    *
        Appellant.                  *



        The petition for rehearing en banc is denied.  Judge Murphy and

Judge Riley would grant the petition.

        The petition for rehearing by the panel is also denied.

        Chief Judge Loken, Judge Melloy, Judge Gruender and Judge Benton

did not participate in this case.

(5128-010199)


                                April 6, 2005




Order Entered at the Direction of the Court:


Clerk, U.S. Court of Appeals, Eighth Circuit